**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CYNTHIA N. SEXTON,

       Plaintiff,

vs.                                  CASE NO.: 5:09-cv-29-SPM-MD

MICHAEL J. ASTRUE,

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Report

and Recommendation (doc. 26). The Parties have been furnished copies and have

been afforded an opportunity to file objections pursuant to Title 28, United States

Code, Section 636(b)(1). No objections have been filed. Having considered the

Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

     1.      The Magistrate Judge's Report and Recommendation (doc. 26) is

               ***adopted*** and incorporated by reference in this order.

     2.      The Clerk is directed to enter final judgment reversing the

               Commissioner's denial of benefits, and the application is remanded to

               the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

DONE AND ORDERED this <u>twenty-ninth</u> day of March, 2010.

                  *s/ Stephan P. Mickle*
                  Stephan P. Mickle
                  Chief United States District Judge