# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CYNTHIA N. SEXTON,

    Plaintiff,

vs.
                                  Case No. 5:09-cv-29-SPM/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER TEMPORARILY STAYING PROCEEDINGS ON ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT

THIS CAUSE comes before the Court upon the Plaintiff's unopposed Motion to Stay (doc. 30) proceedings on attorney fees under the Social Security Act in this case pending a calculation of past due disability benefits owed to the Plaintiff. Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Stay attorney fee proceedings under the Social Security Act (doc. 30) is hereby **granted**.

2. Attorney fee proceedings under the Social Security Act are temporarily stayed. Plaintiff shall have until thirty (30) days from the date Plaintiff's counsel receives the benefits award notice by which to file a petition for a specific amount of attorney fees under the

Social Security Act.

DONE AND ORDERED this seventh day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge